**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Daniel Rosas Leyva,

Plaintiff,

v.

United States of America,

Defendant.

No. CV-24-00684-PHX-KML

**ORDER**

On September 10, 2026, plaintiff Daniel Rosas Leyva filed an unopposed motion seeking leave to present the trial testimony of two witnesses by contemporaneous videoconference during the bench trial set for September 16-17, 2026. (Doc. 62 at 1). Defendant does not oppose the motion. (Doc. 62 at 3.)

Federal Rule of Civil Procedure 43(a) requires testimony to be taken in open court but "[f]or good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location." "The primary purposes of [requiring in-court testimony] are to ensure that the accuracy of witness statements may be tested by cross-examination and to allow the trier of fact to observe the appearance and demeanor of the witnesses." *In re Adair*, 965 F.2d 777, 780 (9th Cir. 1992). Permitting witnesses Clive Chibaya and the Custodian of Records for Global Medical Response, Inc. to testify via video in this bench trial will allow for effective cross-examination and observation of demeanor. In addition, both witnesses reside a significant distance from the Sandra Day O'Connor U.S. Courthouse, and the

witness in Texas is beyond the court's subpoena power under Rule 45(c)(1). The witnesses' testimony is limited in scope to authenticating and laying foundation for exhibits. These circumstances establish video testimony is appropriate and the motion is granted. Leyva must ensure the witnesses have paper copies of all exhibits that will be used during their testimony.

**IT IS ORDERED** the Motion (Doc. 62) is **GRANTED**.

Dated this 11th day of September, 2026.

Krissa M. Lanham

**Honorable Krissa M. Lanham**
**United States District Judge**